ALFRED DAVIDSON, appellant,

*v.*

BUTTON CORPORATION OF AMERICA, respondent.

[Decided May 3d, 1946.]

*Messrs. Eisenberg & Spicer,* for the appellant.

*Messrs. Harrison, Roche & Darby (Mr. Robert F. Darby,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein and reported in *137 N. J. Eq. 357.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, WELLS, RAFFERTY, DILL, JJ.  9.

*For reversal*—OLIPHANT, McGEEHAN, JJ.  2.